**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

| | | |
|---|---|---|
| In re: HOLUB ENTERPRISES, INC. | § | Case No. 15-74196-AST |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Andrew M. Thaler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $7,935.70 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $18,797.26 | |

3) Total gross receipts of $26,732.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,732.96 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $34,603.90 | $7,935.70 | $7,935.70 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $42,231.22 | $18,797.26 | $18,797.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $20,197.31 | $20,197.31 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,133,178.83 | $1,701,074.65 | $1,701,074.65 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,133,178.83 | $1,798,107.08 | $1,748,004.92 | $26,732.96 |

4) This case was originally filed under chapter 7 on 09/30/2015.  The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/07/2018    By: /s/ Andrew M. Thaler

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Thaler v. Elizabeth Holub | 1249-000 | $6,000.00 |
| Checking account, Capital One Bank (account rest | 1129-000 | $20,732.96 |
| **TOTAL GROSS RECEIPTS** | | **$26,732.96** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | NEW YORK STATE DEPARTMENT OF TAXATI | 4110-000 | $0.00 | $8,665.61 | $0.00 | $0.00 |
| 4A | IRS | 4110-000 | $0.00 | $25,938.29 | $7,935.70 | $7,935.70 |
| | **TOTAL SECURED** | | **$0.00** | **$34,603.90** | **$7,935.70** | **$7,935.70** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ANDREW M. THALER | 2100-000 | NA | $3,423.30 | $3,423.30 | $3,423.30 |
| Attorney for Trustee Fees - THALER LAW FIRM PLLC | 3110-000 | NA | $35,681.00 | $12,500.00 | $12,500.00 |
| Attorney for Trustee, Expenses - THALER LAW FIRM PLLC | 3120-000 | NA | $53.97 | $53.97 | $53.97 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Bond Payments - BOND | 2300-000 | NA | $8.24 | $8.24 | $8.24 |
| Banking and Technology Service Fee - EMPIRE NATIONAL BANK | 2600-000 | NA | $210.73 | $210.73 | $210.73 |
| Banking and Technology Service Fee - EmpireNationalBank | 2600-000 | NA | $109.63 | $109.63 | $109.63 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 04/01/16 | 2600-000 | NA | -$30.24 | -$30.24 | -$30.24 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 05/02/16 | 2600-000 | NA | -$30.19 | -$30.19 | -$30.19 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 06/01/16 | 2600-000 | NA | -$30.15 | -$30.15 | -$30.15 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 07/01/16 | 2600-000 | NA | -$30.10 | -$30.10 | -$30.10 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 08/01/16 | 2600-000 | NA | -$30.06 | -$30.06 | -$30.06 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 09/01/16 | 2600-000 | NA | -$30.02 | -$30.02 | -$30.02 |
| Banking and Technology Service Fee - Reverses Adjustment OUT on 10/03/16 | 2600-000 | NA | -$29.97 | -$29.97 | -$29.97 |
| Other State or Local Taxes (post-petition) - NYS Corporation Tax | 2820-000 | NA | $138.00 | $138.00 | $138.00 |
| Other State or Local Taxes (post-petition) - NYS DEPT OF TAXATION & | 2820-000 | NA | $0.00 | $247.04 | $247.04 |
| Accountant for Trustee Fees (Other Firm) - GARY R. LAMPERT | 3410-000 | NA | $2,065.00 | $1,565.00 | $1,565.00 |
| Accountant for Trustee Expenses (Other Firm) - GARY R. LAMPERT | 3420-000 | NA | $52.08 | $52.08 | $52.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$42,231.22** | **$18,797.26** | **$18,797.26** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS DEPT OF LABOR | 5800-000 | $0.00 | $16.13 | $16.13 | $0.00 |
| 4B | IRS | 5800-000 | $0.00 | $20,181.18 | $20,181.18 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$20,197.31** | **$20,197.31** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | LAURA ANDREW, INC. | 7100-000 | $1,610,000.00 | $1,701,044.41 | $1,701,044.41 | $0.00 |
| 4C | IRS | 7100-000 | $0.00 | $30.24 | $30.24 | $0.00 |
| N/F | Berkman Henoch Peterson Peddy & Fenchel PC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $9,934.21 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $900.00 | NA | NA | NA |
| N/F | Deborah L. Rothberg & Associates c/o Richman & Levine PC | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | Midland Funding LLC Cohen & Slamowitz LLC | 7100-000 | $12,344.62 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,133,178.83** | **$1,701,074.65** | **$1,701,074.65** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  15-74196-AST

**Case Name:**    HOLUB ENTERPRISES, INC.

**For Period Ending:**  09/07/2018

**Trustee Name:**    (522000) Andrew M. Thaler

**Date Filed (f) or Converted (c):**   09/30/2015 (f)

**§ 341(a) Meeting Date:**   10/26/2015

**Claims Bar Date:**   06/13/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Checking account, Capital One Bank (account rest (See Footnote) | 19,000.00 | 19,000.00 | | 20,732.96 | FA |
| 2* | Thaler v. Capital One, et al (u) (See Footnote) | 0.00 | 5,000.00 | | 0.00 | FA |
| 3* | Thaler v. Elizabeth Holub (u) (See Footnote) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| **3** | Assets Totals (Excluding unknown values) | **$19,000.00** | **$30,000.00** | | **$26,732.96** | **$0.00** |

RE PROP# 1        Trustee may need to return the funds.  May not be Estate property.

RE PROP# 2        Adversary Proceeding commenced 2/18/16 to determine parties interest in a bank account (same as asset #1).

RE PROP# 3        Trustee commenced an adversary proceeding April 14, 2016 seeking avoidance of alledged fraudulently conveyed salary and health benefits.

**Major Activities Affecting Case Closing:**

Tax return to be filed.

**Initial Projected Date Of Final Report (TFR):**  12/31/2016

**Current Projected Date Of Final Report (TFR):**   05/02/2018 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| **Case No.:** | 15-74196-AST | **Trustee Name:** | Andrew M. Thaler (522000) |
|---|---|---|---|
| **Case Name:** | HOLUB ENTERPRISES, INC. | **Bank Name:** | EmpireNationalBank |
| **Taxpayer ID #:** | **-***9740 | **Account #:** | ******7512 Checking Account |
| **For Period Ending:** | 09/07/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/11/16 | {1} | CAPITAL ONE BANK | Bank account Turnover | 1129-000 | 20,732.96 | | 20,732.96 |
| 04/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.24 | 20,702.72 |
| 05/02/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.19 | 20,672.53 |
| 06/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.15 | 20,642.38 |
| 07/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.10 | 20,612.28 |
| 08/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.06 | 20,582.22 |
| 09/01/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 30.02 | 20,552.20 |
| 10/03/16 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 29.97 | 20,522.23 |
| 11/08/16 | | Reverses Adjustment OUT on 04/01/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.24 | 20,552.47 |
| 11/08/16 | | Reverses Adjustment OUT on 05/02/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.19 | 20,582.66 |
| 11/08/16 | | Reverses Adjustment OUT on 06/01/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.15 | 20,612.81 |
| 11/08/16 | | Reverses Adjustment OUT on 07/01/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.10 | 20,642.91 |
| 11/08/16 | | Reverses Adjustment OUT on 08/01/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.06 | 20,672.97 |
| 11/08/16 | | Reverses Adjustment OUT on 09/01/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -30.02 | 20,702.99 |
| 11/08/16 | | Reverses Adjustment OUT on 10/03/16 | BANK SERVICE FEE Potentially not estate funds | 2600-000 | | -29.97 | 20,732.96 |
| 02/15/17 | {3} | Elizabeth Holub | Settlement of Adversary Proceeding Adv. Proc. #16-08053 | 1249-000 | 6,000.00 | | 26,732.96 |
| 03/31/17 | | Transfer to Acct # xxxxxx7722 | Transfer of Funds - Thaler v. Holub Settlement | 9999-000 | | 6,000.00 | 20,732.96 |
| 11/20/17 | | UNITED BANK | WIRE TRANSFER TO FUND NEW BANK ACCOUNT | 9999-000 | | 20,732.96 | 0.00 |

|  | | | | COLUMN TOTALS | 26,732.96 | 26,732.96 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CDs | 0.00 | 26,732.96 | |
| | | | | Subtotal | 26,732.96 | 0.00 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $26,732.96 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 15-74196-AST | Trustee Name: | Andrew M. Thaler (522000) |
|---|---|---|---|
| Case Name: | HOLUB ENTERPRISES, INC. | Bank Name: | EmpireNationalBank |
| Taxpayer ID #: | **-***9740 | Account #: | ******7722 Checking |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $44,643,604.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/17 | | Transfer from Acct # xxxxxx7512 | Transfer of Funds - Thaler v. Holub Settlement | 9999-000 | 6,000.00 | | 6,000.00 |
| 04/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,990.00 |
| 05/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,980.00 |
| 06/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,970.00 |
| 07/03/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,960.00 |
| 08/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,950.00 |
| 09/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,940.00 |
| 10/02/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 10.00 | 5,930.00 |
| 11/01/17 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 39.63 | 5,890.37 |
| 11/20/17 | | UNITED BANK | WIRE TRANSFER TO FUND NEW BANK ACCOUNT | 9999-000 | | 5,890.37 | 0.00 |

|  | COLUMN TOTALS | 6,000.00 | 6,000.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CDs | 6,000.00 | 5,890.37 | |
| | **Subtotal** | **0.00** | **109.63** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$109.63** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:  3

| | | |
|---|---|---|
| **Case No.:** | 15-74196-AST | |
| **Case Name:** | HOLUB ENTERPRISES, INC. | |
| **Taxpayer ID #:** | **-***9740 | |
| **For Period Ending:** | 09/07/2018 | |

| | |
|---|---|
| **Trustee Name:** | Andrew M. Thaler (522000) |
| **Bank Name:** | United Bank |
| **Account #:** | ********2260 Checking Account |
| **Blanket Bond (per case limit):** | $44,643,604.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | | EMPIRE NATIONAL BANK | WIRE FROM FORMER BANK | 9999-000 | 20,732.96 | | 20,732.96 |
| 12/28/17 | 101 | International Sureties, LTD | Bond #016027942 | 2300-000 | | 8.24 | 20,724.72 |
| 05/02/18 | | To Account #********2260 | Transfer to Checking | 9999-000 | 5,752.37 | | 26,477.09 |
| 07/20/18 | 102 | IRS | Distribution payment - Dividend paid at 100.00% of $7,935.70; Claim # 4A; Filed: $25,938.29 | 4110-000 | | 7,935.70 | 18,541.39 |
| 07/20/18 | 103 | ANDREW M. THALER | Distribution payment - Dividend paid at 100.00% of $3,423.30; Claim # FEE; Filed: $3,423.30 | 2100-000 | | 3,423.30 | 15,118.09 |
| 07/20/18 | 104 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $1,565.00; Claim # ; Filed: $2,065.00 | 3410-000 | | 1,565.00 | 13,553.09 |
| 07/20/18 | 105 | GARY R. LAMPERT | Distribution payment - Dividend paid at 100.00% of $52.08; Claim # ; Filed: $52.08 | 3420-000 | | 52.08 | 13,501.01 |
| 07/20/18 | 106 | US BANKRUPTCY COURT CLERK | Distribution payment - Dividend paid at 100.00% of $700.00; Claim # ; Filed: $700.00 | 2700-000 | | 700.00 | 12,801.01 |
| 07/20/18 | 107 | THALER LAW FIRM PLLC | Distribution payment - Dividend paid at 100.00% of $12,500.00; Claim # ; Filed: $35,681.00 | 3110-000 | | 12,500.00 | 301.01 |
| 07/20/18 | 108 | THALER LAW FIRM PLLC | Distribution payment - Dividend paid at 100.00% of $53.97; Claim # ; Filed: $53.97 | 3120-000 | | 53.97 | 247.04 |
| 07/20/18 | 109 | NYS DEPT OF TAXATION & | Distribution payment - Dividend paid at 100.00% of $247.04; Claim # 5; Filed: $0.00 | 2820-000 | | 247.04 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 26,485.33 | 26,485.33 | $0.00 |
| Less: Bank Transfers/CDs | | 26,485.33 | 0.00 | |
| **Subtotal** | | 0.00 | 26,485.33 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $26,485.33 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 15-74196-AST | Trustee Name: | Andrew M. Thaler (522000) |
|---|---|---|---|
| Case Name: | HOLUB ENTERPRISES, INC. | Bank Name: | United Bank |
| Taxpayer ID #: | **-***9740 | Account #: | ********2279 Checking Account |
| For Period Ending: | 09/07/2018 | Blanket Bond (per case limit): | $44,643,604.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/20/17 | | EMPIRE NATIONAL BANK | WIRE FROM FORMER BANK | 9999-000 | 5,890.37 | | 5,890.37 |
| 03/05/18 | 101 | NYS Corporation Tax | FID#11-2539740/Form: CT-3S/2015 | 2820-000 | | 58.00 | 5,832.37 |
| 03/05/18 | 102 | NYS Corporation Tax | FID#11-2539740/Form: CT-3S/Year 2016 | 2820-000 | | 55.00 | 5,777.37 |
| 03/05/18 | 103 | NYS Corporation Tax | FID#11-2539740/Form: CT-3S/Year 2017 | 2820-000 | | 25.00 | 5,752.37 |
| 05/02/18 | | To Account #********2260 | Transfer to Checking | 9999-000 | | 5,752.37 | 0.00 |
| | | **COLUMN TOTALS** | | | **5,890.37** | **5,890.37** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 5,890.37 | 5,752.37 | |
| | | **Subtotal** | | | **0.00** | **138.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$138.00** | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   5

| | | |
|---|---|---|
| **Case No.:** | 15-74196-AST | |
| **Case Name:** | HOLUB ENTERPRISES, INC. | |
| **Taxpayer ID #:** | **-***9740 | |
| **For Period Ending:** | 09/07/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Andrew M. Thaler (522000) | |
| **Bank Name:** | United Bank | |
| **Account #:** | ********2279 Checking Account | |
| **Blanket Bond (per case limit):** | $44,643,604.00 | |
| **Separate Bond (if applicable):** | N/A | |

| | |
|---|---|
| Net Receipts: | $26,732.96 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $26,732.96 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7512 Checking Account | $26,732.96 | $0.00 | $0.00 |
| ******7722 Checking | $0.00 | $109.63 | $0.00 |
| ********2260 Checking Account | $0.00 | $26,485.33 | $0.00 |
| ********2279 Checking Account | $0.00 | $138.00 | $0.00 |
| | $26,732.96 | $26,732.96 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)